CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DEIULEMAR SHIPPING SpA,                           :
                                                  :
                Plaintiff,       :      **07-CV-4766**
                                                  :
                v.               :      **NOTICE OF**
                                                  :      **APPEARANCE**
UNICORN STEEL FZE and                             :
KREMIKOVTZI TRADE LTD.,                           :
                                                  :
                Defendants.      :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
           July 20, 2007

                                          CLARK, ATCHESON & REISERT
                                          Attorneys for Garnishee
                                          Societe Generale New York Branch


                    By:   _____
                            Richard J. Reisert (RR-7118)
                            7800 River Road
                            North Bergen, NJ  07047
                            Tel: (201) 537-1200
                            Fax: (201) 537-1201
                            Email:  reisert@navlaw.com