USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEIULEMAR SHIPPING SpA,

                Plaintiff,

   - against -

UNICORN STEEL FZE,
KREMIKOVTZI TRADE LTD. a/k/a KREMIKOVTZI
E.O.O.D. a/k/a KREMIKOVTSSI TREYD,
KREMIKOVTZI CORP. a/k/a KREMIKOVTZI A.D.,
a/k/a KREMIKOVTSI,
FINMETALS HOLDING EAD a/k/a
FINMETALS HOLD EAD a/k/a
FINMETALS HOLDING A.D., a/k/a
DARU METALS LTD.,
GSHL BULGARIA S.A., GLOBAL STEEL HOLDINGS
LTD. a/k/a GLOBAL STEEL a/k/a GSHL and STEEL
SHIPPING AND FORWARDING PLC a/k/a SSF,

                Defendants.
-------------------------------------------------------------X

07 Civ. 4766 (DC)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: March 12, 2008
Southport, CT

                The Plaintiff,
                DEIULEMAR SHIPPING SPA

                By: _____
                Patrick F. Lennon (PL 2162)
                Nancy R. Peterson (NP 2871)
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170

SO ORDERED.

_____
USDJ
3/16/08